## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Michael Allegretta,

                Plaintiff,

    vs.

ER Solutions, Inc., et al.,

                Defendants.

Case No.:  1:09-cv-12081-JLT

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, ER Solutions Inc., and Plaintiff, Michael Allegretta ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Further, Plaintiff hereby withdraws his Motion to Compel Production and Memorandum in Support of Plaintiff's Motion to Compel Production.

Dated: May 13, 2010

Respectfully submitted,

PLAINTIFF,
Michael Allegretta

/s/ Sergei Lemberg
Sergei Lemberg, Esq. (650671)
LEMBERG & ASSOCIATES, L.L.C.
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court District of Massachusetts ECF system and that the document is available on the ECF system.


By:   /s/ Sergei Lemberg
Sergei Lemberg, Esq.