UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL ALLEGRETTA,
   Plaintiff,

    V                     CA 09-12081-JLT

ER SOLUTIONS, INC.
   Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on May 13, 2010 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                            Zita Lovett
                                              /s/
                                              _____
                                              Deputy Clerk

May 17, 2010